IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL J. MOYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:23-cv-64 |
| ) | Judge Stephanie L. Haines |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

AND NOW, this 18th day of December 2025, upon Plaintiff having failed to respond to this Court's Order dated September 5, 2025, ECF No. 5, IT IS HEREBY ORDERED that Plaintiff's Complaint, ECF No. 1, is DISMISSED without prejudice pursuant to FED. R. CIV. P. 4(m) for failure of Plaintiff to effectuate service on Defendants within the timeframe set forth in Rule 4(m).

IT IS FURTHER ORDERED that the Clerk shall mark this case as closed.

BY THE COURT:

/s/ Stephanie L. Haines
STEPHANIE L. HAINES,
UNITED STATES DISTRICT JUDGE